AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| KRYSTAL VASQUEZ, MARIA de PILAR ESPINOZA VERA, individually and on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| STAFF SUPPORT TEAM, MACK MANAGEMENT GROUP LLC, MACK CAT LABOR, ROBERT MACK, | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:22-cv-3468 PKC-RML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Margaret A. Malloy, Esq., Brendan Sweeney, Esq.
The Law Office of Christopher Q. Davis
80 Broad Street, Suite 703
New York, New York 10004
mmalloy@workingsolutionsnyc.com
bsweeney@workingsolutionsnyc.com
Phone: (646) 430-7930
Fax: (646)430-7930

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*



Date:    6/15/2022

s/M. Layne

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:22-cv-3468-PKC-RML

KRYSTAL VASQUEZ et al v. STAFF SUPPORT TEAM et al.


TO:     STAFF SUPPORT TEAM
        c/o Principal Place of Business
        4100 Harry Hines Boulevard, Suite 350
        Dallas, Texas 75219

        MACK MANAGEMENT GROUP LLC
        c/o Principal Place of Business
        8 Dawn Lane
        Ringwood, New Jersey 07456

        MACK CAT LABOR
        c/o Principal Place of Business
        8 Dawn Lane
        Ringwood, New Jersey 07456

        ROBERT MACK
        President-CEO of MACK MANAGEMENT GROUP LLC
        President-CEO of MACK CAT LABOR
        c/o Principal Place of Business
        8 Dawn Lane
        Ringwood, New Jersey 07456